# COMPLAINT

(for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
2019 JAN -4 P 2: 16

(Full name of plaintiff(s))

Brandy Bond

v.

(Full name of defendant(s))

Maggie Sutton, Waukesha Protective Services, Waukesha School District

Case Number:

**19-C-0029**

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of **Wisconsin** and resides at
(State)

   **2416 W Vienna Ave Milwaukee Wisconsin 53206**
   (Address)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant  Maggie Sutton, Waukesha County Child Protective Services, Waukesha School District
   (Name)

Complaint – 1

is (if a person or private corporation) a citizen of  Wisconsin
(State, if known)

and (if a person) resides at  Unknown
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

It is my claim that Maggie Sutton and the Waukesha child protective services frivolously filed a chapter 48 chips petition against me Brandy Bond. Violating my civil rights as state actors. I'm requesting relief and dismissal of the unconstitutional chapter 48. Reimbursement for legal fees, travel expenses, compensation for emotional distress and defamation of character. The petition failed to meet state standards which are as follows.

Maggie Sutton also used malice to cause direct harm to myself (Brandy Bond) Maggie Sutton and the Waukesha child protective services in partnership with the Waukesha County school District removed minor child ▇▇▇▇▇▇ from my physical custody before maintaining a court order, using untrue statements or statements that cannot be proven.

Maggie Sutton used malice while defaming the character of myself Brandy Bond lying to the Waukesha sheriffs department , with the claim of an untrue death threats defaming the character of Brandy Bond with untrue statements.

Maggie Sutton also violated my 16th amendment constitutional right to equal protection while refusing to investigate my claims of child abuse against John D. Taylor II and Erin Rooney.

It is my claim that Maggie Sutton and the Waukesha child protective services used gross negligence by placing minor child ▇▇▇▇▇▇ into the custody of John D Taylor. The original contact with the Waukesha child protective services begin with me Brandy Bond calling to report John D. Taylor II and Erin Rooney, after they were reported for alleged child abuse by myself Brandy Bond Waukesha child to services made the decision to legally place the children in their temporary care. And it is also my claim that Maggie Sutton and the Waukesha child protective services used negligence by making the decision to place minor child ▇▇▇▇▇▇ in the

temporary protective custody of John D Taylor II whom is a self admitted black out drunk, that has been reported multiple times for being an alleged child molester, Who received his fifth DUI while acting as foster parents to minor child ███████, whom is currently out on bail awaiting trial.

It is also my claim that the negligence, malice and unconstitutional acts of the Waukesha County Child protective services caused permanent your irreversible damage to my two minor children ███████ and Jon Bond cause directly by the negligence, malice and racial bias of Maggie Sutton, Waukesha Child Protective services and the Waukesha public school district.

I am seeking $4 million in damages for legal fees, physical and mental distress, defamation of character, negligence, child endangerment and emotional distress endured due to Maggie Sutton's malice behavior and abuse of power.



Complaint – 3

C. JURISDICTION

- [■] I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

- [ ] I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ _____.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

3 Million dollars in damages and access to the publicly traded and government

subsidized Hilton Hotel.

Complaint – 4

E.  JURY DEMAND

I want a jury to hear my case.

[■] – YES           [ ] – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this ___2nd___ day of _____January_____ 20_19_.

Respectfully Submitted,

_____
Signature of Plaintiff

414-915-3935
Plaintiff's Telephone Number


_____
Plaintiff's Email Address

**tvbrandy@icloud.com**

**2416A W Vienna Ave**
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

[■]  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

[ ]  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5

Case 2:19-cv-00029-JPS   Filed 01/04/19   Page 7 of 7   Document 1